UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-04-113 LKK

    Plaintiff,

  v.                         O R D E R

MOHAMMAD GORSI,

    Defendant.
_____/

    The defendant is free awaiting designation to the institution he must report to. As such, he is subject to supervision. Accordingly, the motion to release his passport is DENIED.

    IT IS SO ORDERED.

    DATED: April 3, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT